# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

John Hamilton Stinson
Plaintiff(s)

v.

Civil Action No.: 7:12cv000433

Advance Auto Parts, Inc.
Defendant(s)

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANICAL INTEREST IN LITIGATION

ONLY ONE FORM NEEDS TO BE COMPLETED FOR A PARTY EVEN IF THE PARTY IS REPRESENTED BY MORE THAN ONE ATTORNEY. DISCLOSURES MUST BE FILED ON BEHALF OF INDIVIDUALS AS WELL AS CORPORATIONS AND OTHER LEGAL-ENTITIES. COUNSEL HAS A CONTINUING DUTY TO UPDATE THIS INFORMATION.

IF YOU ANSWER "YES" TO ANY OF THE FOLLOWING QUESTIONS, THIS STATEMENT MUST BE FILED IN ECF AS A POSITIVE CORPORATE DISCLOSURE STATEMENT.

Pursuant to Standing Order entered May 15, 2000.

Advance Auto Parts, Inc.     who is     Defendant
(Name of party you represent)                 (Plaintiff/Defendant)

makes the following disclosure:

1. Is the party a publicly held corporation or other publicly held entity?
   ☒ Yes     ☐ No

2. Does the party have any parent corporations?
   ☐ Yes     ☒ No

   If yes, identify all parent corporations, including grandparent and great grandparent corporations:

3. Is 10 percent or more of the party's stock owned by a publicly held corporation or other publicly held entity?
   ☐ Yes     ☒ No

   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?
   ☐ Yes     ☒ No

   If yes, identify all such owners:

5. Is the party a trade association?
   ☐ Yes     ☒ No

   If yes, identify all members of the association, their parent corporations, and any publicly held companies that own ten (10%) percent or more of the party's stock:

_____     10-16-12
(Signature)                                (Date)

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Leonard Anthony Bennett<br>
763 J. Clyde Morris Boulevard, Suite 1-A<br>
Newport News, Virginia 23601<br>
Tel.: (757)930-3660<br>
Fax: (757) 930-3662<br>
lenbennett@clalegal.com

/s/
Kevin D. Holden (VSB No. 30840)
Crystal L. Norrick (VSB No. 73273)
JACKSON LEWIS LLP
1021 E. Cary Street, Suite 1200
Richmond, Virginia 23219
Tel.: (804) 649-0404
Fax: (804) 649-0403
kevin.holden@jacksonlewis.com
crystal.norrick@jacksonlewis.com

*Counsel for Advance Auto Parts, Inc.*