CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 16 2012

JULIA C. DUDLEY, CLERK
BY: /s/
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JOHN HAMILTON STINSON, for Himself and on behalf of all similarly Situated individuals, ) ) ) ) | |
| Plaintiff, ) ) | Civil Action No. 7:12cv00433 |
| v. ) ) | **ORDER** |
| ADVANCE AUTO PARTS, INC., ) ) | By: Samuel G. Wilson United States District Judge |
| Defendant. ) | |

Advance Auto Parts, Inc. has filed an Unopposed Motion for Extension of Time in which to answer the complaint and John Hamilton Stinson, by counsel, has confirmed that he does not oppose an extension of time as requested. It is **ORDERED** and **ADJUDGED** that the time within which Advance Auto may serve an answer or other responsive pleading is extended to October 29, 2012.

**ENTER**: This October 16, 2012.

/s/
UNITED STATES DISTRICT JUDGE