IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| JOHN HAMILTON STINSON, *for himself* and on behalf of all similarly situated individuals | )<br>)<br>)<br>) |
| Plaintiff, | ) |
| v. | )  Civil Action No. 7:12-cv-00433 |
| ADVANCE AUTO PARTS, INC. | )<br>)<br>) |
| Defendant. | ) |

AGREED ORDER

Advance Auto Parts, Inc. ("Advance Auto) has filed an Unopposed Motion for Extension of Time in which to file a response to the Complaint, and John Hamilton Stinson ("Stinson"), by counsel, has agreed to the extension of time requested by Advance Auto.  Counsel for the Defendant, Advance Auto, and counsel for the Plaintiff, Stinson, hereby submit this Agreed Order, granting Advance Auto's Motion for Extension of Time.

It is hereby ORDERED that the time within which Advance Auto may file its Answer and/or other responsive pleading be, and it hereby is, extended to and including November 12, 2012.

Enter:  October 29, 2012

/s/ Robert S. Ballou

Robert S. Ballou
United States Magistrate Judge