IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JOHN HAMILTON STINSON, *for himself and on behalf of all similarly situated individuals,*<br><br>PLAINTIFF,<br><br>v.<br><br>ADVANCE AUTO PARTS, INC.,<br><br>DEFENDANT. | Civil Action No. 7:12-cv-00433 |

APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Advance Auto Parts, Inc.

Dated:  October 29, 2012            Respectfully submitted,

                                    _____/s/_____
                                    Crystal L. Norrick (VSB No. 73273)
                                    JACKSON LEWIS LLP
                                    1021 E. Cary Street, Suite 1200
                                    Richmond, Virginia   23219
                                    Tel.: (804) 649-0404
                                    Fax: (804) 649-0403
                                    crystal.norrick@jacksonlewis.com

                                    *Attorney for Advance Auto Parts, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following:

Leonard Anthony Bennett
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
Tel.: (757) 930-3660
Fax: (757) 930-3662
lenbennett@clalegal.com

                /s/
Crystal L. Norrick (VSB No. 73273)
JACKSON LEWIS LLP
1021 E. Cary Street, Suite 1200
Richmond, Virginia 23219
Tel.: (804) 649-0404
Fax: (804) 649-0403
crystal.norrick@jacksonlewis.com

*Attorney for Advance Auto Parts, Inc.*

4844-1109-4545, v. 1