IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| JOHN HAMILTON STINSON, *for himself* and on behalf of all similarly situated individuals,<br><br>　　　　Plaintiff,<br>v.<br><br>ADVANCE AUTO PARTS, INC.<br><br>　　　　Defendant. | Civil Action No. 7:12-cv-00433 |

## AGREED ORDER

This matter is before the Court on Plaintiff's Consent Motion for an Enlargement of Time. Having considered the matter, and deeming it proper and just to do so, it is hereby ORDERED:

(1) Plaintiff's Motion is GRANTED;

(2) Plaintiff shall have until Friday, November 16, 2012, to file an Amended Complaint;

(3) Defendant shall have the time permitted under the Federal Rules of Civil Procedure to file an Answer or other pleading.

It is so ORDERED.

　　　　　　　　　　　　　　　　Enter:  November 15, 2012

　　　　　　　　　　　　　　　　/s/ Robert S. Ballou
　　　　　　　　　　　　　　　　Robert S. Ballou
　　　　　　　　　　　　　　　　United States Magistrate Judge