CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

**JUL 0 2 2013**

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

| | |
|---|---|
| **JOHN HAMILTON STINSON,** *for himself* | ) |
| *and on behalf of all similarly situated individuals* | ) |
| | ) |
| | ) **Civil Action No. 7:12-cv-00433** |
| **Plaintiff,** | ) |
| v. | ) |
| | ) |
| **ADVANCE AUTO PARTS, INC.** | ) **By: Hon. Samuel G. Wilson** |
| | ) **United States District Judge** |
| **Defendant.** | ) |

**ORDER**

This matter is before the court on the plaintiffs Motion for Preliminary Approval of Class

Settlement.  It is **ORDERED** and **ADJUDGED** that the question of the appropriateness of class

certification and all other matters necessary to insure compliance with Rule 23 of the Federal

Rules of Civil Procedure are referred to United States Magistrate Judge Robert S. Ballou

pursuant to 28 U.S.C. § 636, and he is designated to conduct hearings, including evidentiary

hearings, as he finds necessary, and to submit his proposed findings of fact and recommendations

for disposition.

Entered this 2d day of July , 2013

_____
UNITED STATES DISTRICT JUDGE