IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

JOHN HAMILTON STINSON, for himself
And on behalf of all similarly situated
individuals,

        Plaintiffs,

v.

ADVANCE AUTO PARTS, INC.,         Civil Action No. 7:12CV433

        Defendant.

## PLAINTIFF'S MOTION FOR AN AWARD OF INCENTIVE PAYMENT AND ATTORNEYS FEES

Plaintiff, on behalf of himself and the Class, moves the Court for an award of attorneys' fees and for an incentive award for the Plaintiff's role in the successful result obtained on behalf of the Class, which will be before the court for final approval on January 17, 2014. The Defendant does not oppose this motion. For the reasons more fully explained in the accompanying Memorandum of Law in Support of this motion, the Plaintiff respectfully requests that the court enter an order:

(1)     Awarding John Hamilton Stinson a Class Representative incentive award of $5,000.00 for his role in prosecuting this action on behalf of the Class;

(2)     Awarding Class Counsel a fee of $99,000.00, which is 27.5% of the $360,000.00 Class Fund;

(3)     To be paid in accordance with the Settlement Agreement entered in this case.

Respectfully Submitted,

John Hamilton Stinson, on behalf of himself and others similarly situated,

              /s/
Leonard Anthony Bennett
VSB 37523
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Blvd. Suite 1A
Newport News VA 23601
757-930-3660
757-930-3662
lenbennett@clalegal.com

Susan M. Rotkis
VSB 40693
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Blvd. Suite 1A
Newport News VA 23601
757-930-3660
757-930-3662
srotkis@clalegal.com

*Counsel for Plaintiffs*

CERTIFICATE OF SERVICE

On this 7th day of January 2014, I certify that I have electronically filed the foregoing pleading in the CM/ECF system, which shall send a Notice of Electronic Filing (NEF) to:

Kevin Holden
Attorney at Law
**Jackson|Lewis LLP**
Two James Center
1021 East Cary Street, Suite 1200
Richmond, Virginia 23219
804.212-2888 | Direct
804.649.0404 | Main
kevin.holden@jacksonlewis.com
Counsel for the Defendant

2

        /s/
Leonard Anthony Bennett
VSB 37523
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Blvd. Suite 1A
Newport News VA 23601
757-930-3660
757-930-3662
lenbennett@clalegal.com